# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**BAHAALDAN ABAKER ADAM ALI,**                                      **PETITIONER**
**# A 221-388-376**

**VERSUS**                                      **CIVIL ACTION NO. 5:26cv198-DCB-RPM**

**WARDEN R. VERGARA**                                      **RESPONDENT**

## ORDER REQUIRING RESPONDENT TO ANSWER

BEFORE THE COURT are pro se Petitioner Bahaaldan Abaker Adam Ali's Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, and Memorandum in Support [2].  He is an alien detainee in the custody of the Department of Homeland Security, who challenges his continued detention.  The Court directs Warden R. Vergara to file an answer in this case.

**IT IS THEREFORE ORDERED** that Respondent Warden R. Vergara shall file an answer or other responsive pleading in this case within 3 days of the service of a copy of this Order.  **Respondent shall file with the answer or other responsive pleading any agency records or court records relevant to the disposition of this cause including but not limited to documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1] and Memorandum in Support [2] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and

**Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondent to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall also serve a copy of this Order upon pro se Petitioner Bahaaldan Abaker Adam Ali by mailing same to his last known address.

**SO ORDERED**, this the 11th day of May, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2