UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BAHAALDAN ABAKER ADAM ALI                                    PETITIONER

VERSUS                                  CIVIL ACTION NO. 5:26-CV-198-DCB-RPM

RAFAEL VERGARA                                               RESPONDENT

## ORDER REQUIRING STATUS UPDATE

This matter is before the Court *sua sponte*. On March 18, 2026, Petitioner Bahaaldan Abaker Adam Ali filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention pending removal.[1] At the time the petition was filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi. However, according to ICE's Online Detainee Locator System, it appears Petitioner is no longer at the Adams County Correctional Center or in ICE custody.[2] Therefore, the Court directs Respondent to respond to this Order and provide a status update.

IT IS THEREFORE ORDERED that, **on or before August 5, 2026**, Respondent shall file a response to this Order and provide a status update addressing the following: (1) whether Petitioner is currently in ICE custody and, if so, where; and (2) if Petitioner is no longer in ICE custody, whether Petitioner's habeas petition is now moot.

SO ORDERED, this the 22nd day of July 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] On July 9, 2025, an Immigration Judge ordered Petitioner to be removed from the United States to Sudan; the removal order became administratively final as both parties waived appeal. [1-2] at 2–5; [7] at 2; [7-2] at 1.

[2] The Court's search involved inputting Petitioner's "A-Number" and "Country of Birth." The Court is also aware that ICE's Online Detainee Locator System does not always guarantee accurate information.