IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BAHAALDAN ABAKER ADAM ALI PETITIONER

V. CIVIL ACTION NO. 5:26-cv-198-DCB-RPM

RAFAEL VERGARA RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Myers's Report and Recommendation ("Report") [ECF No. 12], which recommends that Petitioner Ali's 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. Judge Myers recommends that the petition be dismissed because Petitioner was removed from the United States on June 14, 2026. [ECF No. 12] at 1. The Report was entered on August 3, 2026, and objections were due by August 17, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner's 28 U.S.C. § 2241 Petition, and Judge Myers's Report, finds that Petitioner's 28 U.S.C. § 2241 petition [ECF No. 1] should be dismissed as moot. The Court adopts Judge Myers's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Myers's recommendation. The Report [ECF No. 12] is hereby ADOPTED.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 19 day of August, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE